UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ILAIN GARCIA,

      Plaintiff,

v.                                                     No.  2:25-cv-00794KRS/JHR

THE CITY OF HOBBS and
DAVID GOUGH, in his
Individual capacity,

      Defendants.

## DEFENDANT'S STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

Pursuant to FED. R. CIV. P. 26(f), a meeting was held on October 22, 2025, at 8:30am and was attended by: Benjamin Gubernick, Attorney for Plaintiff and Spring V. Schofield, Attorney for Defendants.

The following is being submitted on behalf of Defendants and, upon information and belief, contains the agreements reached between the parties at the October 22, 2025, meeting.  At the time of filing, Defendants have not received Plaintiff's portions for this status report nor received confirmation that Defendants have accurately relayed the parties' agreements.

## NATURE OF THE CASE

This is a civil action brought pursuant to the New Mexico Civil Rights Act, NMSA 1978 §41-4A-3 and 42 U.S.C. §1983 by Plaintiff against the City of Hobbs and David Gough in his individual capacity.  Plaintiff also seeks class certification.

## AMENDMENTS TO PLEADINGS AND JOINDER OF PARTIES

Plaintiff(s) should be allowed until  November 21, 2025  to move to amend the pleadings and join additional parties in compliance with the requirements of Fed. R. Civ. P. 15(a).

Defendants should be allowed until  December 21, 2025  to move to amend the pleadings and to join additional parties in compliance with the requirements of Fed. R. Civ. P. 15(a).

## STIPULATIONS

The parties hereto stipulate and agree that venue is properly laid in this District; that the United States District Court for the District of New Mexico has jurisdiction of the parties and the subject matter.

The parties are willing to further stipulate to the following facts:   Any facts admitted in the Defendants' Amended Answer to Plaintiff's Class Action Complaint [Doc. 3.].

The parties further stipulate and agree that the law governing this case is: federal law under 42 U.S.C. §1983; U.S. Const. amend. IV;  the New Mexico Civil Rights Act, NMSA 1978, §41-4A-1 et seq.; and  N.M. Const. Art. II, §10.

## PLAINTIFF'S CONTENTIONS:

## DEFENDANTS' CONTENTIONS

Defendants deny Plaintiff's contentions as stated in Plaintiff's Class Action Complaint and assert that Plaintiff voluntarily consented to the seizure in this matter.  Defendants further deny that Plaintiff can establish the necessary requirements for certification of a class action.

*Version 3: December 2009*

4900-8782-4246, v. 1

**PROVISIONAL DISCOVERY PLAN**

The parties jointly propose to the Court the following discovery plan:  *(Use separate paragraphs or subparagraphs as necessary if parties disagree.)*

> List all witnesses who, at this time, you think will either testify or be deposed, giving their name, title, address and a brief summary of their testimony.  It is insufficient to list witnesses' addresses, save for clients, "in care of counsel."
>
> List all documents which you believe, at this time, will be exhibits at the trial.
>
> List all experts who you believe, at this time, will testify at the trial, giving their name, address, area of expertise, and a brief summary of the anticipated testimony.

Discovery will be needed on the following subjects:  *(Brief description of subjects on which discovery will be needed.)*

Maximum of __25__ interrogatories by each party to any other party.  (Responses due 30 days after service).

Maximum of __25__ requests for admission by each party to any other party.  (Response due 30 days after service).

Maximum of __8__ depositions by Plaintiff(s) and 8 by Defendant(s).

Each deposition limited to maximum of four hours unless extended by agreement of parties.

Discovery on class certification to be completed by February 27, 2026.  The parties submit that it is premature to agree upon additional discovery deadlines pending the outcome of any discovery regarding class certification.  The parties do not anticipate any retained experts during the initial discovery on class certification but submit that, pending the outcome of such discovery, it may be appropriate to set deadlines for the reports of retained experts.

*Version 3: December 2009*

4900-8782-4246, v. 1

## **WITNESS AND EXHIBIT LISTS**

The parties reserve the right to amend and supplement these initial witness list and exhibit disclosures to identify additional witnesses whose identities are learned through discovery and further investigation.

**Plaintiff's Initial Witness and Exhibit List**

**Defendants' Initial Witness and Exhibit List**

*Witnesses:*

1. David Gough
   c/o Dixon, Scholl, Carrillo, PA

   Mr. Gough is expected to testify about the events and allegations raised in Plaintiff's Complaint.

2. Community Services Superintendent Jessica Silva
   300 N. Turner St.
   Hobbs, NM 88240

   Ms. Silva is expected to testify about the events and allegations raised in Plaintiff's Complaint; her knowledge of communications with Plaintiff; and the customary policies and procedures related to suspected or alleged potentially dangerous dogs for the City of Hobbs.

3. Captain Marina Barrientes
   300 N. Turner St.
   Hobbs, NM 88240

   Ms. Barrientes is expected to testify about the events and allegations raised in Plaintiff's Complaint and her knowledge of communications with Plaintiff.

4. Lieutenant Brandon Marinovich
   300 N. Turner St.
   Hobbs, NM 88240

   Mr. Marinovich is expected to testify about the events and allegations raised in Plaintiff's Complaint and his knowledge of communications with Plaintiff.

5. Sergeant Tiawan Smith
   300 N. Turner St.
   Hobbs, NM 88240

Mr. Smith is expected to testify about the events and allegations raised in Plaintiff's Complaint and his knowledge of communications with Plaintiff.

6. Officer Oscar Serrano
   300 N. Turner St.
   Hobbs, NM 88240

Mr. Serrano is expected to testify about the events and allegations raised in Plaintiff's Complaint and his knowledge of communications with Plaintiff.

7. Any other individuals with information relevant to the claims and defenses in this lawsuit.

8. Any witnesses needed for the purpose of establishing the authenticity or foundation for exhibits.

9. Any witnesses identified by Plaintiff and not otherwise objected to.

10. Any rebuttal witnesses as necessary.

*Exhibits*:

1. Gough Photos 1 through 10.

2. Lapel videos (x2) from David Gough from on or about July 7, 2025.

3. Lapel videos (x2) from Christopher Martinez from on or about July 7, 2025.

4. Lapel video from on or about July 9, 2025.

5. Photographs of posted warrant from on or about July 9, 2025

6. Warrant to Search for and/or Seize Animal dated on or about July 9, 2025.

7. Hobbs Environmental Services Incident Report #25HE06554

8. Dog Photos (x2) from on or about July 7, 2025

9.      Hobbs Police Department Daily Activity Log, with CAD comments from on or about July 7, 2025

## PRETRIAL MOTIONS

Plaintiff intends to file:

Defendant intends to file: motions opposing any class certification; motions for judgment on the pleadings; motions for summary judgment; motions in limine; and *Daubert* motions if applicable.

## ESTIMATED TRIAL TIME

The parties cannot estimate the time for trial until after class certification is determined. No party has requested a jury. The parties request a pretrial or status conference in March 2026.

## SETTLEMENT

The possibility of settlement in this case cannot be evaluated prior to discovery regarding proposed class certification. The parties request a settlement conference in or after March 2026.

## EXCEPTIONS

(Where counsel cannot agree to any recitation herein, exceptions shall be listed.)

          APPROVED WITH/WITHOUT EXCEPTIONS
          (note exceptions above)

          _____
          Benjamin Gubernick, NM Bar No. 145006
          Curtis Waldo, NM Bar No. 163604
          717 Texas St., Suite 1200
          Houston, TX 77002
          Phone: (346) 394-8056
          ben@wglawllp.com
          curtis@wglawllp.com
          *Attorneys for Plaintiff*

   */s/Spring V. Schofield*
Spring V. Schofield
DIXON•SCHOLL•CARRILLO•P.A.
6700 Jefferson St NE, Bldg. B, Suite 1
Albuquerque, NM 87109
Telephone: (505) 244-3890
Fax: (505) 244-3889
Email: sschofield@dsc-law.com
*Attorneys for Defendants*